Eric Grant (*pro hac vice*)
Attorney at Law
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone:  (916) 388-0833
Facsimile:  (916) 691-3261
E-Mail:     grant@eric-grant.com

David B. Rosen #7152
Law Office of David B. Rosen, ALC
810 Richards Street, Suite 880
Honolulu, Hawaii 96813
Telephone:  (808) 523-9393
Facsimile:  (808) 523-9595
E-Mail:     rosenlaw@hawaii.rr.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JACOB DOE and JANET DOE, minors by their parents and next friends, JAMES and JOYCE DOE; KARL DOE, a minor, by his parents and next friends, KIRK and KATE DOE; and LISA DOE, a minor, by her mother and next friend, LAURA DOE,<br><br>        Plaintiffs,<br><br>   v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; and NAINOA THOMPSON, DIANE J. PLOTTS, CORBETT A. K. KALAMA, ROBERT K. U. KIHUNE, and J. DOUGLAS ING, in their capacities as Trustees thereof,<br><br>        Defendants. | No. 1:08-cv-00359-JMS-BMK<br><br>**STIPULATED ORDER MODIFYING ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED ANONYMOUSLY AND FOR RELATED PROTECTIVE ORDER, DATED OCTOBER 22, 2008**<br><br><u>HEARING DATE</u><br>Date:  October 21, 2008<br>Time:  9:30 a.m.<br>Judge:  Hon. Barry M. Kurren |

### STIPULATED ORDER MODIFYING ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED ANONYMOUSLY AND FOR RELATED PROTECTIVE ORDER, DATED OCTOBER 28, 2008

WHEREAS Plaintiffs and Defendant entered, and the Court approved, a Stipulated Interim Protective Order Regarding Identities of Plaintiffs, dated September 25, 2008 (the "Interim Order");

WHEREAS the Interim Order (at p. 5, ¶ 9) provided that:

> Notwithstanding any other provision of this Order, every person who receives any Confidential Information shall keep that information secret in perpetuity with respect to any Plaintiff who dismisses with prejudice his or her claim against Defendants **within fifteen days of the final resolution (including resolution in the appellate courts) of any court order permitting or requiring additional disclosures of such Plaintiff's identity**.  Such information shall be kept secret while such Plaintiff is pursuing appellate remedies (including in the United States Supreme Court) of such order.  No Plaintiff who withdraws from this action after the entry of any final order permitting or requiring disclosure of his/her identity may thereafter anonymously file or pursue another action seeking the same or similar relief against KS.

Emphasis added.

WHEREAS the Court's recent Order Denying Plaintiffs' Motion for Leave to Proceed Anonymously and for Related Protective Order, entered October 28, 2008 (the "Denial Order"), appears to conflict with the aforementioned provision of the Interim Order insofar as it allows a shorter time for action by the Plaintiffs and makes no accommodation for maintaining anonymity during the pendency of any appeals of the Denial Order by the Plaintiffs.

Now, therefore, without prejudice to any party's position with respect to the Denial Order, it is HEREBY STIPULATED AND AGREED between the parties and IT IS HEREBY ORDERED that the Denial Order is modified and amended as follows:

A. The last sentence on page 1 of the Denial Order is deleted.

B. The following sentences are inserted in its place:

"Plaintiffs shall have fifteen (15) days from the date of this order or, if appeal(s) is/are timely taken, the date of the final appellate decision adverse to Plaintiffs' position with respect to anonymity, to file an amended Complaint disclosing their identities. If any one or more of the Plaintiffs decline to agree to disclose their identities within said time, their claims in this action will be dismissed with prejudice and the Plaintiff(s) who refuse(s) to allow disclosure shall be enjoined forever from anonymously filing or pursuing another action seeking the same or similar relief against Defendants. And, if one of more of the Plaintiffs decide not to allow disclosure of their identity(ies), the terms of the Stipulated Interim Protective Order Regarding Identities of Plaintiffs, dated September 25, 2008 shall continue to apply to information relating to the non-disclosing Plaintiff(s)."

C. The last sentence of paragraph G on page 21 of the Denial Order is deleted.

D. The following sentence is inserted in its place:

The Court therefore stays its decision that Plaintiffs disclose their identities or the dismissal of this case for fifteen (15) days from the date of this order or, if appeal(s) is/are timely taken, the final order on appeal, as previously agreed to by the parties and ordered by the Court.

Dated:  November 3, 2008.

        Respectfully submitted,
/s/ David B. Rosen
Eric Grant
David B. Rosen

Counsel for Plaintiffs
/s/ Paul Alston
Paul Alston
Jason H. Kim

Counsel for Defendants

APPROVED AND SO ORDERED:



  /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Doe v. Kamehameha School/Bernice Pauahi Bishop Estate, et al., Civ. No. 08-00359 JMS-BMK; STIPULATED ORDER MODIFYING ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED ANONYMOUSLY AND FOR RELATED PROTECTIVE ORDER, DATED OCTOBER 22, 2008.