PAUL ALSTON                1126-0
JASON H. KIM               7128-0
ALSTON HUNT FLOYD & ING
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:    (808) 524-1800
Facsimile:    (808) 524-4591
E-mail:   palston@ahfi.com
          jkim@ahfi.com

KATHLEEN M. SULLIVAN *(Pro Hac Vice)*
QUINN EMANUEL URQUART
OLIVER & HEDGES LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100
E-mail:   kathleen.sullivan@quinnemanuel.com

COLLEEN I. WONG            3270-0
KAMEHAMEHA SCHOOLS
Kawaiahao Plaza
567 South King Street, Suite 310
Honolulu, Hawai`i 96813
Telephone:    (808) 523-6331
Facsimile:    (808) 537-1229
E-mail:   cowong@ksbe.edu

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACOB DOE and JANET DOE, minors, by their parents and next friends, JAMES and JOYCE DOE; KARL DOE, a minor by his parents and next friends, | CIVIL NO. CV08 00359 JMS BMK<br><br>**RESPONSE TO PLAINTIFFS' REQUEST FOR ENTRY OF FINAL JUDGMENT OF DISMISSAL; EXHIBITS A AND B** |

704609/ 8348-5

| | |
|---|---|
| KIRK and KATE DOE; and LISA DOE, a minor, by her mother and next friend, LAURA DOE, | ) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| KAMEHAMEHA SCHOOLS/ BERNICE PAUAHI BISHOP ESTATE; and NAINOA THOMPSON, DIANE J. PLOTTS, CORBETT A. K. KALAMA, ROBERT K. U. KIHUNE, and J. DOUGLAS ING, in their capacities as Trustees thereof, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## RESPONSE TO PLAINTIFFS' REQUEST FOR ENTRY OF FINAL JUDGMENT OF DISMISSAL

Defendants' position regarding Plaintiffs' February 25, 2009 email request for entry of a final judgment in the form of Exhibit A, attached, is as follows:

1. Since Plaintiffs have unilaterally decided not to reveal their identities, as they were entitled to do under the Parties' September 25, 2008 Stipulated Order, Defendants do not object to entry of the requested final judgment.

704609 1/ 8348-5                    1

2.	The final order of dismissal should explain that it follows from that Stipulation and the Plaintiffs' decision not to file an amended complaint in their own names.

3.	Instead of the Plaintiffs' proposed form, the Judgment should be in the form of Exhibit B which explains the bases for the judgment.

DATED:   Honolulu, Hawai`i, February 27, 2009.

/s/ Paul Alston
PAUL ALSTON
JASON H. KIM
Attorneys for Defendants