UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JACOB DOE and JANET DOE, minors, by their parents and next friends, JAMES and JOYCE DOE; KARL DOE, a minor, by his parents and next friends, KIRK and KATE DOE; and LISA DOE, a minor, by her mother and next friend, LAURA DOE, <br><br> Plaintiffs, <br><br> v. <br><br> KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; and NAINOA THOMPSON, DIANE J. PLOTTS, CORBETT A. K. KALAMA, ROBERT K. U. KIHUNE, and J. DOUGLAS ING, in their capacities as Trustees thereof, <br><br> Defendants. | No. 1:08-cv-00359-JMS-BMK <br><br> **FINAL JUDGMENT** |

**FINAL JUDGMENT**

This Court having issued its "Order Affirming Magistrate Judge Kurren's Orders Denying: (1) Plaintiffs' Motion for Leave to Proceed Anonymously; and (2) Plaintiffs' Motion for Reconsideration Thereof" on February 6, 2009; and

Plaintiffs thereafter having declined to agree to disclose their identities;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiffs' claims are dismissed with prejudice.

704553-1 (WP) / 8358-5


EXHIBIT A