UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JACOB DOE and JANET DOE, minors, by their parents and next friends, JAMES and JOYCE DOE; KARL DOE, a minor, by his parents and next friends, KIRK and KATE DOE; and LISA DOE, a minor, by her mother and next friend, LAURA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>KAMEHAMEHA SCHOOLS/ BERNICE PAUAHI BISHOP ESTATE; and NAINOA THOMPSON, DIANE J. PLOTTS, CORBETT A. K. KALAMA, ROBERT K. U. KIHUNE, and J. DOUGLAS ING, in their capacities as Trustees thereof,<br><br>Defendants. | No. 1:08-cv-00359-JMS-BMK<br><br>**FINAL JUDGMENT OF DISMISSAL** |

**FINAL JUDGMENT OF DISMISSAL**

This Court issued its "Order Affirming Magistrate Judge Kurren's Orders Denying: (1) Plaintiffs' Motion for Leave to Proceed Anonymously; and (2) Plaintiffs' Motion for Reconsideration Thereof" on February 6, 2009. Thereafter Plaintiffs exercised their right to decline to agree to disclose their identities pursuant to (a) the parties' September 25, 2008 Stipulated Interim Order Regarding Identities of Plaintiffs; (b) the October 28, 2008 Order Denying Plaintiffs' Motion

704617-1 (WP) / 8358-5                    1

EXHIBIT B

for Leave to Proceed Anonymously and for Related Protective Order; and (c) the parties' November 6, 2008 Stipulated Order Modifying Order Denying Plaintiffs' Motion for Leave to Proceed Anonymously and for Related Protective Order. Then, on February 25, 2009, Plaintiffs requested the court to enter a final judgment of dismissal. That request was not opposed by the Defendants. Therefore, Plaintiffs' claims are hereby dismissed with prejudice, as requested.

SO AGREED:

_____
ERIC GRANT
DAVID ROSEN
Attorneys for Plaintiffs


_____
PAUL ALSTON
JASON H. KIM
Attorneys for Defendants