## CERTIFICATE OF SERVICE

IT HEREBY CERTIFY that on the dates and methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF:

| | | |
|---|---|---|
| Eric Grant, Esq. | grant@eric-grant.com | Feb. 27, 2009 |

and

| | | |
|---|---|---|
| David B. Rosen, Esq.<br>Attorneys for Plaintiffs | rosenlaw@hawaii.rr.com | Feb. 27, 2009 |

DATED:  Honolulu, Hawai`i, February 27, 2009.

/s/ Paul Alston
PAUL ALSTON
JASON H. KIM
Attorneys for Defendant

704609/ 8348-5