# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL 08-00359JMS-BMK |
| CASE NAME: | Jacob Doe and Janet Doe, et al., vs. Kamehameha Schools/Bernice Pauahi Bishop Estate, et al., |
| ATTYS FOR PLA: | David B. Rosen<br>Eric Grant by phone |
| ATTYS FOR DEFT: | Paul Alston |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Kathy Eismann |
| DATE: | 03/04/2009 | TIME: | 4:15 - 4:25 |

COURT ACTION:  Status Conference:

Status Conference held.

Discussion held regarding the proposed final judgments.

Further status conference set for Thursday, March 5, 2009 at 8:30 a.m.

Submitted by: Dottie Miwa, Courtroom Manager