ORIGINAL

PAUL ALSTON          1126-0
JASON H. KIM         7128-0
ALSTON HUNT FLOYD & ING
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:     (808) 524-1800
Facsimile:     (808) 524-4591
E-mail:   palston@ahfi.com
          jkim@ahfi.com

KATHLEEN M. SULLIVAN *(Pro Hac Vice)*
QUINN EMANUEL URQUART
OLIVER & HEDGES LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100
E-mail:   kathleen.sullivan@quinnemanuel.com

COLLEEN I. WONG       3270-0
KAMEHAMEHA SCHOOLS
Kawaiahao Plaza
567 South King Street, Suite 310
Honolulu, Hawai`i 96813
Telephone:     (808) 523-6331
Facsimile:     (808) 537-1229
E-mail:   cowong@ksbe.edu

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 05 2009

at 8 o'clock and 40 min. A M.
SUE BEITIA, CLERK

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACOB DOE and JANET DOE, minors, by their parents and next friends, JAMES and JOYCE DOE; KARL DOE, a minor by his parents and next friends, | CIVIL NO. CV08 00359 JMS BMK<br><br>**STIPULATION REGARDING DISMISSAL AND ORDER** |

705118-1 / 8348-5

|  |  |
|---|---|
| KIRK and KATE DOE; and LISA DOE, a minor, by her mother and next friend, LAURA DOE, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| KAMEHAMEHA SCHOOLS/ BERNICE PAUAHI BISHOP ESTATE; and NAINOA THOMPSON, DIANE J. PLOTTS, CORBETT A. K. KALAMA, ROBERT K. U. KIHUNE, and J. DOUGLAS ING, in their capacities as Trustees thereof, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION REGARDING DISMISSAL

The parties hereby stipulate as follows:

1. This Court issued its "Order Affirming Magistrate Judge Kurren's Orders Denying: (1) Plaintiffs' Motion for Leave to Proceed Anonymously; and (2) Plaintiffs' Motion for Reconsideration Thereof" on February 6, 2009.

2. Thereafter, Plaintiffs declined to agree to disclose their identities, as permitted under (a) the September 25, 2008 Stipulated Interim Order Regarding Identities of Plaintiffs; and (b)

705118_1.DOC                              1

DATED: HONOLULU, HAWAI`I  March 5, 2009

_____
ERIC GRANT
DAVID ROSEN
Attorneys for Plaintiffs

_____
PAUL ALSTON
JASON H. KIM
Attorneys for Defendants

APPROVED AND SO ORDERED;

_____
United States District Judge

---

Stipulation Regarding Dismissal, *Jacob Doe, et al. v. Kamehameha Schools/ Bernice Pauahi Bishop Estate, et al.*, Civil No. CV08 00359 JMS BMK