ORIGINAL

PAUL ALSTON                    1126-0
JASON H. KIM                   7128-0
ALSTON HUNT FLOYD & ING
Suite 1800, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
Telephone:     (808) 524-1800
Facsimile:     (808) 524-4591
E-mail:    palston@ahfi.com
           jkim@ahfi.com

KATHLEEN M. SULLIVAN *(Pro Hac Vice)*
QUINN EMANUEL URQUART
OLIVER & HEDGES LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100
E-mail:    kathleen.sullivan@quinnemanuel.com

COLLEEN I. WONG                3270-0
KAMEHAMEHA SCHOOLS
Kawaiahao Plaza
567 South King Street, Suite 310
Honolulu, Hawai`i 96813
Telephone:     (808) 523-6331
Facsimile:     (808) 537-1229
E-mail:    cowong@ksbe.edu

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 05 2009

at 8 o'clock and 40 min. A M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACOB DOE and JANET DOE, minors, by their parents and next friends, JAMES and JOYCE DOE; KARL DOE, a minor by his parents and next friends, | CIVIL NO. CV08 00359 JMS BMK<br><br>**STIPULATION REGARDING DISMISSAL AND ORDER** |

705118-1 / 8348-5

| | |
|---|---|
| KIRK and KATE DOE; and LISA DOE, a minor, by her mother and next friend, LAURA DOE, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| KAMEHAMEHA SCHOOLS/ BERNICE PAUAHI BISHOP ESTATE; and NAINOA THOMPSON, DIANE J. PLOTTS, CORBETT A. K. KALAMA, ROBERT K. U. KIHUNE, and J. DOUGLAS ING, in their capacities as Trustees thereof, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION REGARDING DISMISSAL

The parties hereby stipulate as follows:

1.    This Court issued its "Order Affirming Magistrate Judge Kurren's Orders Denying: (1) Plaintiffs' Motion for Leave to Proceed Anonymously; and (2) Plaintiffs' Motion for Reconsideration Thereof" on February 6, 2009.

2.    Thereafter, Plaintiffs declined to agree to disclose their identities, as permitted under (a) the September 25, 2008 Stipulated Interim Order Regarding Identities of Plaintiffs; and (b)

705118_1.DOC                                                     1

the November 6, 2008 Stipulated Order Modifying Order Denying Plaintiffs' Motion for Leave to Proceed Anonymously and for Related Protective Order.

3. The November 6, 2008 Stipulated Order provides in part that "Plaintiffs shall have fifteen (15) days from the date of this order or, if appeal(s) is/are timely taken, the date of the final appellate decision adverse to Plaintiffs' position with respect to anonymity, to file an amended Complaint disclosing their identities." and that "[i]f any one or more of the Plaintiffs decline to agree to disclose their identities within said time, their claims in this action will be dismissed with prejudice."

4. Consistent with that provision, Plaintiffs now request the Court to enter a final judgment of dismissal with prejudice. Defendants do not oppose Plaintiffs' request. Therefore, the Court is requested forthwith to enter a judgment consistent herewith.

DATED:  HONOLULU, HAWAI`I   March 5, 2009

_____
ERIC GRANT
DAVID ROSEN
Attorneys for Plaintiffs

_____
PAUL ALSTON
JASON H. KIM
Attorneys for Defendants

APPROVED AND SO ORDERED;

_____
United States District Judge

---

Stipulation Regarding Dismissal, *Jacob Doe, et al. v. Kamehameha Schools/ Bernice Pauahi Bishop Estate, et al.*, Civil No. CV08 00359 JMS BMK