ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACOB DOE and JANET DOE, minors, by their parents and next friends, JAMES and JOYCE DOE; KARL DOE, a minor by his parents and next friends, KIRK and KATE DOE; and LISA DOE, a minor, by her mother and next friend, LAURA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>KAMEHAMEHA SCHOOLS/ BERNICE PAUAHI BISHOP ESTATE; and NAINOA THOMPSON, DIANE J. PLOTTS, CORBETT A. K. KALAMA, ROBERT K. U. KIHUNE, and J. DOUGLAS ING, in their capacities as Trustees thereof,<br><br>Defendants. | CIVIL NO. CV08 00359 JMS BMK<br><br>**FINAL JUDGMENT**<br><br>FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII<br><br>MAR 05 2009<br><br>at 8 o'clock and 40 min. A M.<br>SUE BEITIA, CLERK |

**FINAL JUDGMENT**

Plaintiffs' claims are hereby dismissed with prejudice.

DATED: Honolulu, Hawai`i   March 5, 2009.

J. Michael Seabright
United States District Judge

705119_1 8348-5

APPROVED AS TO FORM:

_____
DAVID B. ROSEN
ERIC GRANT
Attorneys for Plaintiffs

_____
PAUL ALSTON
JASON H. KIM
Attorney for Defendants

Final Judgment, *Jacob Doe, et al. v. Kamehameha Schools/ Bernice Pauahi Bishop Estate, et al.*, Civil No. CV08 00359 JMS BMK