Eric Grant (*pro hac vice*)
Attorney at Law
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833
Facsimile: (916) 691-3261
E-Mail: grant@eric-grant.com

David B. Rosen #7152
Law Office of David B. Rosen, ALC
810 Richards Street, Suite 880
Honolulu, Hawaii 96813
Telephone: (808) 523-9393
Facsimile: (808) 523-9595
E-Mail: rosenlaw@hawaii.rr.com

Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JACOB DOE and JANET DOE, minors, by their parents and next friends, JAMES and JOYCE DOE; KARL DOE, a minor, by his parents and next friends, KIRK and KATE DOE; and LISA DOE, a minor, by her mother and next friend, LAURA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; and NAINOA THOMPSON, DIANE J. PLOTTS, CORBETT A. K. KALAMA, ROBERT K. U. KIHUNE, and J. DOUGLAS ING, in their capacities as Trustees thereof,<br><br>Defendants. | No. 1:08-cv-00359-JMS-BMK<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

Notice is hereby given that all Plaintiffs in the above-named action hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on March 5, 2009, and from all interlocutory orders that gave rise to that judgment, including but not limited to the Court's "Order Affirming Magistrate Judge Kurren's Orders Denying: (1) Plaintiffs' Motion for Leave to Proceed Anonymously; and (2) Plaintiffs' Motion for Reconsideration Thereof," entered on February 6, 2009.

Dated:  March 5, 2009.

Respectfully submitted,

_____
Eric Grant
David B. Rosen

Counsel for Plaintiffs

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served upon the following at their last known addresses:

**Served electronically through CM/ECF:**

| | | |
|---|---|---|
| Paul Alston | palston@ahfi.com | March 5, 2009 |
| Louise K.Y. Ing | ling@ahfi.com | March 5, 2009 |
| Jason H. Kim | jkim@ahfi.com | March 5, 2009 |
| Kathleen M. Sullivan | kathleensullivan@quinnemanuel.com | March 5, 2009 |

**Served by first-class mail:**

Colleen I. Wong                                         March 5, 2009
Livingston S. M. Wong, Jr.
Sabrina R. Toma
Kawaihao Plaza
567 South King Street, Suite 310
Honolulu, Hawaii 96813

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 5, 2009.

_____
David B. Rosen

Counsel for Plaintiffs