UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<table>
<tr><td>

**FILED**

NOV 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

</td></tr>
</table>

| | |
|---|---|
| JACOB DOE, a minor, by parents and next friends, James and Joyce Doe; et al., | No. 09-15448 |
| Plaintiffs - Appellants, | D.C. No. 1:08-cv-00359-JMS-BMK U.S. District Court for Hawaii, Honolulu |
| v. | |
| KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; et al., | **MANDATE** |
| Defendants - Appellees. | |

The judgment of this Court, entered March 02, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court
/s/
Theresa Benitez
Deputy Clerk