# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

May 16, 2011

**William K. Suter**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

`USDC HI CV 08-00359-JMS-BMK`

Re:  Jacob Doe, a Minor, by His Parents and Next Friends, James Doe, et ux., et al.
v. Kamehameha Schools/Bernice Pauahi Bishop Estate, et al.
No. 10-1100
(Your No. 09-15448)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk